# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00602-WYD-01 |
| | USM Number:  32320-013 |
| ARMANDO GARCIA-FRANCO<br>a/k/a "Chris Rivera, Jr." | Robert W. Pepin, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Reentry After Deportation | 01/14/2006 |
| 2 | Violation of the Law | 01/15/2006 |

    The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    January 9, 2012
    Date of Imposition of Judgment

    s/ Wiley Y. Daniel
    Signature of Judge

    Wiley Y. Daniel, Chief U.S. District Judge
    Name & Title of Judge

    January 24, 2012
    Date

DEFENDANT:  ARMANDO GARCIA-FRANCO
CASE NUMBER:  03-cr-00602-WYD-01                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Violation of the Law | 09/25/2009 |
| 4 | Unlawful Reentry After Deportation | 09/25/2009 |
| 5 | Violation of the Law | 09/25/2009 |

DEFENDANT:  ARMANDO GARCIA-FRANCO
CASE NUMBER:  03-cr-00602-WYD-01                                               Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months to run consecutive to the sentence imposed in Case No. 11-cr-00175-WYD-01.

The court recommends that the Bureau of Prisons credit the defendant with zero (0) days spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal